TOMPKINS SQUARE PETROLEUM CORP., Respondent, v. CONSUMERS PETROLEUM CORPORATION, Appellant, and Others, Defendants. (Appeal No. 1.) — Action for damages for breach of contract relating to the sale of heating oil. Order in so far as it grants plaintiff's motion by striking out items 3, 9 and 10 and modifying item 8 of the appellant's demand for a bill of particulars affirmed, with twenty dollars costs and disbursements; said bill of particulars to be served within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

TOMPKINS SQUARE PETROLEUM CORP., Respondent, v. CONSUMERS PETROLEUM CORPORATION, Appellant, and Others, Defendants. (Appeal No. 2.) — Action for damages for breach of a contract for the sale of heating oil. Order denying appellant's motion for judgment on the pleadings under rule 112, Rules of Civil Practice, affirmed, with twenty dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

ETHEL M. WADDEY, Appellant, v. EVERETT WADDEY, JR., Respondent.— Order denying plaintiff's motion for a reasonable allowance as a counsel fee and to defray the printing costs of the record, briefs and other expenses of an appeal from an order annulling the permanent alimony provisions in a decree of divorce in this action affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

ANTHONY V. ZAGAME, an Infant, by JOHN ZAGAME, His Guardian ad Litem, and JOHN ZAGAME, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant. — Action by infant plaintiff to recover damages for injuries sustained when he was struck by defendant's trolley car; and by his father for loss of services and medical expenses incurred by reason of the accident. Judgment affirmed, with costs. No opinion. Carswell, Johnston and Close, JJ., concur; Lazansky, P. J., dissents and votes to reverse the judgment and grant a new trial on the ground that the determination that plaintiff was free from contributory negligence is against the weight of the evidence; Hagarty, J., dissents and votes to reverse the judgment and dismiss the complaint on the ground that plaintiff was guilty of contributory negligence as a matter of law. (*Panarese* v. *Union Railway Co.*, 261 N. Y. 233.)